R. Montgomery Schell et al., Individually and as Ancillary Administrators of the Estate of William C. Stout, Deceased, Appellants, *v.* J. Herbert Carpenter, Individually and as Trustee under the Will of Aquilla G. Stout, Deceased, as Executor of Anne M. Stout, Deceased, and as Executor of Sarah M. de Vaugrigneuse, Deceased, et al., Respondents.

(Submitted March 30, 1908; decided April 7, 1908.)

Motion to amend remittitur denied, with ten dollars costs. (See 190 N. Y. 552.)

---

In the Matter of the Appraisal, under the Transfer Tax Act, of the Estate of George W. Kidd, Deceased.

The Comptroller of the State of New York, Appellant; W. Morton Garden, as Executor, et al., Respondents.

(Argued March 30, 1908; decided April 7, 1908.)

Motion to amend decision, so as to show that questions were determined thereby involving a construction of provisions of the Federal Constitution, granted. (See 188 N. Y. 274.)